

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00257-CV

**IN THE INTEREST OF A.L.S.**, A.L.S., S.A.S., Children

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-002274-D1
Honorable Selina Nava Mireles, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the April 5, 2022 First Amended Order of Termination in Suit Affecting the Parent-Child Relationship is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED October 19, 2022.

_____
Beth Watkins, Justice